**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

VALERIE FLORES,

               Plaintiff,

          -v-                                            1:26-CV-15 (AJB/MJK)

MICHELLE WILLIAMS COURT *et al.*,

               Defendants.

_____

**APPEARANCES:**                                   **OF COUNSEL:**

VALERIE FLORES
Plaintiff, Pro Se
P.O. Box 1110, ACP 5749
Albany, NY 12201

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On January 6, 2026, *pro se* plaintiff Valerie Flores ("plaintiff") filed this civil action alleging that defendants violated her rights. Dkt. No. 1. Along with her complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

On January 14, 2026, U.S. Magistrate Judge Mitchell J. Katz granted plaintiff's IFP Application and, after an initial review, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed *without* leave to amend. Dkt. No. 5. As Judge Katz explained, the pleading only named defendants—judicial actors—who are immune under the governing federal civil rights statute. *See id.*

- 2 -

Plaintiff has not lodged objections. Upon review for clear error, the R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 5) is ACCEPTED; and

2. Plaintiff's complaint is DISMISSED <u>without</u> leave to amend.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: February 9, 2026
       Utica, New York.

Anthony J. Brindisi
U.S. District Judge